

**FILED**
DISTRICT COURT OF GUAM
SEP 22 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VIVIAN C. RAMOS,<br><br>    Defendant. | CRIMINAL CASE NO. 93-00132<br><br>**ORDER** |

On April 11 2006, the Court received payment in the amount of $950.00, receipt number 28414, which was inadvertently applied toward Deposit Fund 6855XX. According to the Third Amended Judgment, filed October 1, 2004, Defendant Vivian C. Ramos was ordered to pay a special assessment fee of $250.00, $34,251.40 in restitution, and a fine of $5,000.00.

Subsequently, the Clerk's Office verified with the Financial Litigation Unit that the total amount of restitution ordered for joint and several defendants was paid in full. The total amount paid by each defendant are as follows: $34,726.40 paid by Vivian Ramos, and $475.00 paid by Virgilio Caingat. Therefore, the total amount collected under Deposit Fund 6855XX is $35,201.40.

//

Accordingly, the Clerk of Court is hereby ordered to transfer $950.00 from Fund 6855XX to Fund 504100 to be applied toward her fine.

DATED this 22nd day of September, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE