
FILED
DISTRICT COURT OF GUAM
FEB 26 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>VIVIAN CAINGAT RAMOS )<br>Defendant. )<br>_____ ) | | CRIMINAL CASE NO. 93-00132-002<br><br>**SPECIAL REPORT** |

**Re: Request for Early Termination**

On November 3, 2003, Vivian Caingat Ramos was sentenced in the District Court of Guam to a five year concurrent probation term for five counts of Forgery, in violation of 18 U.S.C. §§ 2 and 510. In addition to the mandatory and standard conditions, the Court also ordered the following: that Ms. Ramos be turned over to a duly authorized immigration official for deportation proceedings pursuant to 18 U.S.C. § 3583(d) and if deported shall remain outside and not re-enter the United States without the permission of the Attorney General; shall not use or possess illegal controlled substances; submit to one urinalysis within 15 days after sentencing, and two more urinalyses thereafter; refrain from the use of any and all alcoholic beverages; and immediately upon sentencing pay $18,000 towards the $34,251.40 restitution amount with the balance of $16, 251.40 to be guaranteed by her sister-in-law, and paid during her term of probation in monthly installments of $350. Ms. Ramos was also ordered to pay a $5,000 fine in monthly installments of $200, and a $250 special assessment fee.

On November 4, 2003, Ms. Ramos satisfied the special assessment fee and paid the $18,000 as ordered. On November 18, 2003, she satisfied the mandatory condition that she submit to three urinalyses which produced negative results. On November 24, 2003, Ms. Ramos departed Guam to her home country, the Republic of the Philippines, pursuant to a voluntary removal agreement with Immigration and Customs Enforcement. Since her removal from the United States, she has been compliant with submitting her

ORIGINAL

SPECIAL REPORT
Request for Early Termination
Re: RAMOS, Vivian Caingat
USDC Cr. Cs. No. 93-00132-002
February 16, 2007
Page 2

monthly supervision reports and making her restitution and fine payments. On January 18, 2006, Ms. Ramos satisfied her restitution obligation, and on August 14, 2006, she satisfied her fine obligation.

Vivian Ramos is requesting early termination of her probation sentence. She has served three years of the five year term, which is set to expire on November 2, 2008. In light of her compliance with the orders of the Court despite her removal from the United States, this Officer is in support of the request. Additionally, Assistant U.S. Attorney Karon Johnson has stated that she has no objection.

RESPECTFULLY submitted this ___ day of February 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Howard Trapp, Defense Counsel
Karon Johnson, Assistant U.S. Attorney
File

L:\docs\supervis\ROX\Court Reports\Termination\Vivian Ramos.Early Termination.wpd