PROB 35
(Rev. 5/01)

Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

## DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

VIVIAN CAINGAT RAMOS

CRIMINAL CASE NO. 93-00132-002

On November 3, 2003, the above named was placed on probation for a period of five years. Vivian Caingat Ramos has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Howard Trapp, Defense Counsel
    Karon V. Johnson, AUSA
    File

**RECEIVED**
FEB 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that Vivian Caingat Ramos be discharged from probation and that the proceedings in the case be terminated.

Dated this ___12th___ day of February 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

**ORIGINAL**