DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO L. CAINGAT and<br>VIVIAN C. RAMOS,<br><br>Defendants. | CRIMINAL CASE NO. 93-00132<br><br><br>ORDER TO TRANSFER TO<br>UNCLAIMED FUNDS |

On June 6, 1994 and November 13, 2003, judgments were entered against Defendants Rogelio L. Caingat and Vivian C. Ramos respectively. Defendants' Caingat and Ramos were ordered to pay restitution joint and severally in the amount of $34,251.40. The Defendants' debts have been paid in full and all funds owed to victims in this case have been disbursed.

On July 12, 2007 funds issued in the amount of $861.00 to victim Jesus P. Lopez were returned to this court through the U.S. Treasury's Intra-Governmental Payment and Collection (IPAC) System. All efforts have been exhausted in attempting to locate Mr. Lopez. Therefore, it is hereby ordered that the Clerk of Court transfer the amount of $861.00 from Deposit Fund 6855XX to Unclaimed Fund 613300.

IT IS SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jan 25, 2008**